IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

1999 SEP 22  A 9: 37

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

JOHN DOE, individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.                                              Civil No. L-98-121

BLUE CROSS BLUE SHIELD OF
MARYLAND, INC.,

    Defendant.

## JOINT STIPULATION AND ORDER

The parties, through their counsel, hereby stipulate to the following modifications in the Scheduling Order of July 28, 1999:

1. As to item (iii) of the Order, plaintiff shall serve his Reply to defendant's opposition to plaintiff's motion for leave to file an amended complaint by September 29, 1999.

2. As to item (iv) of the Order, the parties shall submit a joint status report by September 29, 1999.

Dated: September 21, 1999

KARP, FROSH, LAPIDUS WIGODSKY
  & NORWIND, P.A.

Edward J. Carnot
1370 Piccard Drive, Suite 290
Rockville, MD 20850
(301) 258-1994

By: *Mark C. Kopec/with permission DS*
Ward B. Coe, III
Mark C. Kopec
Pamela M. Conover
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202
(410) 347-8700

WHITEFORD, TAYLOR
  & PRESTON LLP

APPROVED THIS 28TH DAY OF SEPT. 1999

*Legg*
BENSON EVERETT LEGG, U.S.D.J.

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

By: _____Ann C. Yahner_____
Ann C. Yahner
Margaret G. Farrell
Donna Solen
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600


SO ORDERED,


this _____ day of September, 1999.



_____
The Honorable Benson E. Legg
United States District Judge

## CERTIFICATE OF SERVICE

Ann C. Yahner, an attorney at law, hereby certifies that a copy of the Joint Stipulation and Order was served upon counsel, by first class mail, postage pre-paid in a properly sealed envelope as set forth below:

> Ward B. Coe, III
> Mark C. Kopec
> Pamela M. Conover
> WHITEFORD, TAYLOR & PRESTON LLP
> Seven Saint Paul Street, Suite 1400
> Baltimore, Maryland 21202

Service was made this 21th day of September, 1999

_____
ANN C. YAHNER

## COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

HERBERT E. MILSTEIN
MICHAEL D. HAUSFELD
STEVEN J. TOLL
ANN C. YAHNER
LISA M. MEZZETTI
ANDREW N. FRIEDMAN
RICHARD S. LEWIS
DANIEL S. SOMMERS
DANIEL A. SMALL*
GARY E. MASON
JOSEPH M. SELLERS
SHARON A. SNYDER
MARK S. WILLIS***

MARGARET G. FARRELL
OF COUNSEL

JERRY S. COHEN (1925-1995)

1100 NEW YORK AVENUE, N.W.
WEST TOWER, SUITE 500
WASHINGTON, D. C. 20005-3964
(202) 408-4600
FACSIMILE (202) 408-4699

999 THIRD AVENUE
SUITE 3600
SEATTLE, WA 98104
(206) 521-0080
FACSIMILE (206) 521-0166
www.cmht.com

LORI G. FELDMAN**
PAUL T. GALLAGHER
CHRISTINE E. WEBBER
ALEXANDER E. BARNETT
MATTHEW J. IDE**
MATTHEW F. PAWA
SUZETTE M. MALVEAUX*
MARY N. STRIMEL
LYN M. RAHILLY*
KRISTOPHER A. KINKADE**
AGNIESZKA M. FRYSZMAN
JENNIFER A. GUNDLACH
DEBORAH J. VAGINS
ARI KAREN
CHARLES E. TOMPKINS
DONNA SOLEN****

*ADMITTED ONLY IN MD
**ADMITTED ONLY IN WA
***ADMITTED ONLY IN MA
****ADMITTED ONLY IN FL

SENDER'S DIRECT DIAL

FILED
DISTRICT OF MARYLAND
1999 SEP 22 A 9: 37
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

**VIA COURIER**

September 21, 1999

Mr. Frank L. Monge
Clerk of the Court
United States District Court
District of Maryland
Baltimore Division
Room 4415
101 West Lombard Street
Baltimore, Maryland 21201-2691

    RE:    **Jane Doe, et al. v. Blue Cross/Blue Shield of Maryland**
            **Civil Action No. L-98-121**

Dear Mr. Monge:

    Enclosed for filing is the original and two copies of the Joint Stipulation and Order. Please return the extra copy of this document with your stamp of receipt and filing. I have enclosed a self-addressed, postage pre-paid envelope for your use.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                Donna Solen

DS/sah
Enclosure