IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE                            :

V.                                  :    CIVIL NO. L 98-121

BLUE CROSS BLUE SHIELD OF           :
MARYLAND, INC.
                                    :

O R D E R

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint, and having considered all filings made pertinent thereto, no oral hearing being necessary, L.R. 105.6, D.Md.,

IT IS HEREBY ORDERED THAT the Motion for Leave to Amend is DENIED, as to any and all RICO claims, because to apply RICO under the facts alleged in the Amended Complaint would impair Maryland's comprehensive statutory scheme regarding utilization review, but is otherwise GRANTED.

_____
Frederic N. Smalkin
United States District Judge
vice Benson E. Legg

Dated: January 3, 2000.

