IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE, JANE POE and RICHARD ROE, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF MARYLAND, INC.,<br><br>Defendant. | FILED ___ ENTERED<br>LODGED ___ RECEIVED<br><br>JAN 28 2000<br><br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY<br><br>Civil No. L-98-121 |

## JOINT STIPULATION AND ORDER

The parties, through their counsel, hereby stipulate to the following extension of time for Plaintiffs to file their Opposition to Blue Cross Blue Shield of Maryland Inc.'s Motion to Dismiss Count I, Parts of Counts II and III, and Jane Poe's Claims from Plaintiffs' First Amended Complaint:

1. Plaintiffs shall serve their Opposition to defendant's Motion to Dismiss on or before February 16, 2000.

Dated: January 24, 2000



KARP, FROSH, LAPIDUS WIGODSKY
  & NORWIND, P.A.

Edward J. Carnot
Jack A. Gold, Fed. Bar No. 22780
1370 Piccard Drive, Suite 290
Rockville, MD 20850
(301) 258-1994


COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.

By: *Margaret A. Farrell*
Ann C. Yahner
Margaret G. Farrell
Donna Solen
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

WHITEFORD, TAYLOR
  & PRESTON LLP

By: *Ward B. Coe, with permission MAF*
Ward B. Coe, III
Mark C. Kopec
Pamela M. Conover
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202
(410) 347-8700


SO ORDERED,

this ___26___ day of January, 2000.


_____
The Honorable Frederic N. Smalkin
United States District Judge
*vice* Benson E. Legg

2

## CERTIFICATE OF SERVICE

I, Donna Solen, do hereby certify that on January 24, 2000, I served a true and correct copy of Joint Stipulation and Order to the addresses listed below:

>**Via Federal Express**
>Ward B. Coe, III
>Mark C. Kopec
>Pamela M. Conover
>WHITEFORD, TAYLOR & PRESTON LLP
>Seven Saint Paul Street, Suite 1400
>Baltimore, Maryland 21202

_____
DONNA SOLEN