UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, et al. | ) |
|       Plaintiffs, | ) |
| v. | ) Case No. JFM-98-121 |
| BLUE CROSS BLUE SHIELD, OF MARYLAND, INC. | ) |
|       Defendant. | ) |

## MOTION OF AMERICAN MEDICAL ASSOCIATION AND MARYLAND STATE MEDICAL SOCIETY FOR LEAVE TO INTERVENE

The American Medical Association, an Illinois not-for-profit corporation, and MedChi, the Maryland State Medical Society, a Maryland not-for-profit corporation move, pursuant to Fed. R. Civ. P. 24 (b), for leave to intervene in this action as plaintiffs for purposes of modifying this Court's confidentiality order of September 28, 1998. Intervenors' claim for substantive relief, which is in the form of a motion, and a supporting memorandum accompany this motion.

_____
Leonard A. Nelson

_____
Jon W. Brassel

Attorneys for American Medical Association and MedChi, the Maryland State Medical Society

Michael L. Ile
Anne M. Murphy
Leonard A. Nelson
Office of General Counsel
American Medical Association
515 N. State Street
Chicago, IL 60610
(312) 464-5532

Local Counsel:
Jon W. Brassel
Brassel & Baldwin, P.A.
112 West St.
Annapolis, MD 21401
(410) 216-7900