IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE, JANE POE
and RICHARD ROE, on
behalf of themselves and on
behalf of all others similarly
situated,

    Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
MARYLAND, INC.,

    Defendant.

Civil No. L-98-121

FILED
LODGED

FEB 1 _ 2000

AT BALTIMORE
CLERK U.S. DISTRICT CT.
DISTRICT OF MARYLAND,
BY

## JOINT STIPULATION AND ORDER

The parties, through their counsel, hereby stipulate to the following extension of time for Plaintiffs to file their Opposition to Blue Cross Blue Shield of Maryland Inc.'s Motion to Dismiss Count I, Parts of Counts II and III, and Jane Poe's Claims from Plaintiffs' First Amended Complaint:

    1.    Plaintiffs shall serve their Opposition to defendant's Motion to Dismiss on or before February 16, 2000.

Dated: January 24, 2000



| | |
|---|---|
| KARP, FROSH, LAPIDUS WIGODSKY<br>& NORWIND, P.A.<br><br>Edward J. Carnot<br>Jack A. Gold, Fed. Bar No. 22780<br>1370 Piccard Drive, Suite 290<br>Rockville, MD 20850<br>(301) 258-1994 | WHITEFORD, TAYLOR<br>& PRESTON LLP<br><br>By: *Ward B. Coe, with permission* *MAF*<br>Ward B. Coe, III<br>Mark C. Kopec<br>Pamela M. Conover<br>Seven Saint Paul Street, Suite 1400<br>Baltimore, MD 21202<br>(410) 347-8700 |

COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.

By: *Margaret A. Farrell*
Ann C. Yanner
Margaret G. Farrell
Donna Solen
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600


SO ORDERED,

this ___1st___ day of ~~January~~ February, 2000.


_____
The Honorable ~~Frederic N. Smalkin~~
United States District Judge
*vice* Benson E. Legg

2

## CERTIFICATE OF SERVICE

I, Donna Solen, do hereby certify that on January 24, 2000, I served a true and correct copy of Joint Stipulation and Order to the addresses listed below:

**Via Federal Express**
Ward B. Coe, III
Mark C. Kopec
Pamela M. Conover
WHITEFORD, TAYLOR & PRESTON LLP
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202

_____
DONNA SOLEN