UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



JANE DOE, et al.

        Plaintiffs,

v.

BLUE CROSS BLUE SHIELD,
OF MARYLAND, INC.

        Defendant.

AMERICAN MEDICAL ASSOCIATION and
MEDCHI, THE MARYLAND STATE MEDICAL
SOCIETY

        Intervenor-Plaintiffs

Case No. JFM-98-121

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1 (b) of the U.S. District Court for the District of Maryland, Jon W. Brassel, Esquire, a member of the bar of this Court, moves the admission of Leonard A. Nelson, Esquire, to appear PRO HAC VICE in the captioned proceeding as counsel for the American Medical Association (the "AMA") and MedChi, the Maryland State Medical Society ("MedChi"), intervenor-plaintiffs. Movant and the proposed admittee respectfully certify as follows:

    1.    The proposed admittee is not a member of the Bar of Maryland.

    2.    The proposed admittee is a member in good standing of the bar of the state of Illinois and the following United States Courts: U.S. District Court for the N. District of Illinois, U.S. Courts of Appeal for the Fifth, Sixth and Seventh Circuits.

    3.    The proposed admittee has never been dismissed, suspended, or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the U.S. District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceeding will be the undersigned, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

6. It is understood that admission PRO HAC VICE does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

Movant:

Proposed Admittee:

_____
Jon W. Brassell
Brassel & Baldwin, P.A.
112 West Street
Annapolis, MD 21401
410/216-7900

MD U.S. District Court Number 01283

_____
Leonard A. Nelson
Office of General Counsel of AMA
515 N. State Street
Chicago, IL 60610
312/464-5532

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24 day of January, 2000, a copy of the foregoing was mailed postage prepaid to:

Ann C. Yahner, Esquire
Donna Solen, Esquire
Margaret Farrell, Esquire
1100 New York Avenue, NW
Suite 500
Washington, DC 20005

Edward J. Carnot, Esquire
Carnot, Zapper, & Klassen, P.C.
1370 Piccard Drive
Suite 290
Rockville, MD 20850

Ward B. Coe, III, Esquire
Mark C. Kopec, Esquire
Pamela M. Conover, esquire
Whiteford, Taylor & Preston
7 St. Paul Street
Suite 1400
Baltimore, MD 21202-1654

Robert Phillip Charrow, Esquire
Crowell & Moring
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Jon W. Brassel