IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: L-98-121 |
| BLUE CROSS BLUE SHIELD OF MARYLAND, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION AND ORDER GRANTING EXTENSION FOR BLUE CROSS BLUE SHIELD TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS

Plaintiffs and Defendant, through undersigned counsel, hereby stipulate that the deadline for Blue Cross Blue Shield of Maryland, Inc. ("BCBS") to file its reply to Plaintiffs' Opposition to BCBS' Motion to Dismiss is extended until March 15, 2000.

_____
Ann C. Yahner
Margaret G. Farrell
Donna Solen
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, Suite 500
West Tower
Washington, D.C. 20005
(202) 408-4600

Attorneys for John Doe

_____
Ward B. Coe, III, Bar No. 00282
Mark C. Kopec, Bar No. 09983
Pamela M. Conover, Bar No. 22453
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Blue Cross Blue Shield
 of Maryland, Inc.


SO ORDERED, this 25 day of February, 2000.

_____
Judge, United States District Court

261785

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of a Joint Stipulation and Order Granting Extension for Blue Cross Blue Shield to File Reply to Opposition to Motion to Dismiss, was mailed first class, postage prepaid on __23__ of February, 2000 to:

>   Edward J. Carnot, Esquire
>   Carnot, Zapor & Klassen, P.C.
>   1370 Piccard Drive, Suite 290
>   Rockville, Maryland  20850
>
>   Ann C. Yahner, Esquire
>   Margaret G. Farrell, Esquire
>   Donna Solen, Esquire
>   Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>   1100 New York Avenue, Suite 500
>   West Tower
>   Washington, D.C. 20005

*Pamela M Conover*
Pamela M. Conover

261785