IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: L-98-121 |
| BLUE CROSS BLUE SHIELD OF MARYLAND, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*           \*   \*   \*   \*   \*

## ORDER

Upon review of Blue Cross Blue Shield of Maryland, Inc.'s ("BCBS") Consent Motion to Extend Response Period to AMA and MedChi's Motions to Intervene and Modify Confidentiality Order, and having determined that there is good cause for granting the Consent Motion, it is on this 17th day of March, 2000,

Ordered that BCBS is allowed 14 days from the entry of this Order to respond to AMA and MedChi's Motions.

_____
Honorable Benson E. Legg
United States District Court Judge

1265063

