FILED \_\_\_\_\_ ENTERED
LODGED \_\_\_\_\_ RECEIVED

APR 25 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANE DOE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: L-98-121 |
| BLUE CROSS BLUE SHIELD OF MARYLAND, INC. | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \*

## ORDER

Upon review of The American Medical Association (the "AMA") and the Maryland State Medical Society's ("MedChi") Consent Motion to Extend Time to File a Reply, and having determined that there is good cause for granting the Consent Motion, it is on this 21st day of April, 2000,

ORDERED that the AMA and MedChi's Motion is GRANTED, and the AMA and MedChi shall have until May 3, 2000 to file a reply to Blue Cross Blue Shield of Maryland, Inc.'s Motion and Memorandum in Opposition to AMA and MedChi's Motion to Modify Confidentiality Order.

_____
The Honorable Benson E. Legg
United States District Court Judge

C:\AMERICAN MED ASSOC\
CONSENT MOTION EXTEND TIME ORD

