IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


ORIGINAL

| John DOE, et al. | * | |
|---|---|---|
| Plaintiff(s) | * | Civil Action No. L98-121 |
| vs. | * | ✓ FEE PAID |
| BLUE CROSS BLUE SHIELD OF MARYLAND, INC. | * | ___ FEE NOT PAID (SEND LETTER) |
| Defendant(s) | * | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Edward Carnot__ Esquire a member of the Bar of this court, moves the admission of __Stephen D. Annand__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __John Doe and Richard Roe__.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __West Virginia, Virginia__

and/or the following United States Court(s): __United States District Court Northern and Southern Districts of West Virginia; Eastern District of Virginia__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __correct__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98

MAR 21 2000 16:57                                                        PAGE.02

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdi... of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or ____Edward Carnot____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: _[signature]_
Signature

Edward Carnot, Esq.

Address Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
1370 Piccard Drive, Suite 290
Rockville, Maryland 20850

(301) 258-1994
Office phone number

(301) 948-2155
Fax number

22597
Md. U.S. District Court Number

PROPOSED ADMITTEE: _[signature]_
Signature

Stephen D. Annand, Esq.

Address
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W., West Tower,
Suite 500, Washington, D.C. 20005

(202) 408-4600
Office phone number

(202) 408-4699
Fax number

## ORDER

Motion _____ GRANTED

Motion ✓ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

4/28/00
Dated

_[signature]_
Judge, U.S. District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE, individually and on behalf of
all others similarly situated,

       Plaintiffs,

v.                                                                  Civil No. L-98-121

BLUE CROSS BLUE SHIELD OF
MARYLAND, INC.,

       Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2000, a copy of the Motion for Admission *pro hac vice* of Stephen D. Annand was mailed via Federal Express prepaid to:

    Ward B. Coe, III
    Mark C. Kopec
    Pamela M. Conover
    WHITEFORD, TAYLOR & PRESTON LLP
    Seven Saint Paul Street, Suite 1400
    Baltimore, Maryland 21202

*/s/ Donna Solen*
DONNA SOLEN