FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
IN THE UNITED STATES DISTRICT COURT
2000 AUG 8 P 12: 18 FOR THE DISTRICT OF MARYLAND

JANE DOE, et al. CLERK'S OFFICE    :
                  AT BALTIMORE      :
    v.        BY_____DEPUTY: CIVIL NO. L-98-121
                                   :
BLUE CROSS BLUE SHIELD             :
OF MARYLAND                        :


                       ORDER

     On August 4, 2000, this Court held a telephone conference
on the record.  For the reasons stated in the conference, this
Court hereby ORDERS that:

    (i)     the claims of Plaintiff Jane Poe are DISMISSED.  The
            balance of the Defendant's Motion to Dismiss (Docket
            no. 70) is DENIED WITHOUT PREJUDICE;

    (ii)    by August 15, 2000, the parties are to submit a joint
            status report advising the Court of any remaining
            discovery disputes pertaining to documents;

    (iii)   discovery on the class aspects of the amended
            complaint is stayed;

    (iv)    the parties are to complete the taking of depositions
            by October 16, 2000;

    (v)     the defendant's motion for summary judgment on the
            individual plaintiffs' claims is to be briefed
            according to the following schedule:

        (a)     Defendant's Motion due October 30, 2000;

        (b)     Plaintiffs' Response due November 20, 2000;

        (c)     Defendant's Reply due December 4, 2000; and

(vi)     a copy of this Order is to be sent to counsel in L-
         99-2975.


     IT IS SO ORDERED this _____ day of August, 2000.


                              _____
                              Benson Everett Legg
                              United States District Judge