UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

September 28, 2000

MEMORANDUM TO COUNSEL RE:   John Doe, et al. v.
Blue Cross Blue Shield, etc.
Civil #L-98-121 ✓

Jane Doe, et al. v.
Blue Cross Blue Shield, etc., et al.
Civil #L-99-2975

Dear Counsel:

An in-court discovery hearing has been scheduled for Friday, October 20, 2000, at 9:30 a.m. in courtroom 1A.

Very truly yours,

Benson Everett Legg

c:  ✓ Court file