IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE, et al.,

    Plaintiffs.

v.                                                                    Civil No. BL-98-121

BLUE CROSS BLUE SHIELD OF
MARYLAND, INC.,

    Defendant.

## ORDER

COME NOW, Plaintiffs having filed a Motion for Leave to Amend Complaint, and having considered all filings made thereto and all matters pertinent,

It is hereby ORDERED that, for good cause shown, the Motion for Leave to Amend is GRANTED, and Plaintiff's proposed Second Amended Complaint, which was attached to the Motion is deemed FILED as of the date of this Order.

This the 15 day of ~~October~~ November, 2000.

                                                       The Honorable Judge Legg
                                                     United States District Court

