IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANE DOE, ET AL. | * | |
| Plaintiffs | * | |
| v. | * Civil Court Action No: | L-98-121 |
| BLUE CROSS BLUE SHIELD OF MARYLAND, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

The parties hereby stipulate that the briefing schedule for Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint will be as follows:

January 15, 2001 - Defendant's motion to dismiss and memorandum due;

March 1, 2001 - Plaintiffs' response due;

March 22, 2001 - Defendant's reply due.



The parties agree that discovery will be stayed pending the Court's ruling on Defendant's motion to dismiss.

_____
Stephen D. Annand
Margaret G. Farrell
Donna Solen
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, Suite 500
West Tower
Washington, D.C. 20005
(202) 408-4600

Attorneys for John Doe, et al.

_____
Ward B. Coe, III
Mark C. Kopec
Pamela M. Conover
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Blue Cross Blue Shield
of Maryland, Inc.

SO ORDERED this 5TH day of December, 2000.

_____
Benson Everett Legg
United States District Judge

1278005

2

| | **WHITEFORD, TAYLOR & PRESTON** | |
| --- | --- | --- |
| 210 WEST PENNSYLVANIA AVENUE<br>TOWSON, MARYLAND 21204-4515<br>TELEPHONE 410 832-2000<br>FAX 410 832-2015<br><br>50 COLUMBIA CORPORATE CENTER<br>10440 LITTLE PATUXENT PARKWAY<br>COLUMBIA, MARYLAND 21044<br>TELEPHONE 410 884-0700<br>FAX 410 884-0719 | L.L.P.<br><br>SEVEN SAINT PAUL STREET<br>BALTIMORE, MARYLAND 21202-1626<br>410 347-8700<br>FAX 410 752-7092<br>www.wtplaw.com | 1025 CONNECTICUT AVENUE, NW<br>WASHINGTON, D.C. 20036-5405<br>TELEPHONE 202 659-6800<br>FAX 202 331-0573<br><br>1317 KING STREET<br>ALEXANDRIA, VIRGINIA 22314-2928<br>TELEPHONE 703 836-5742<br>FAX 703 836-0265 |

WARD B. COE, III
DIRECT NUMBER
410 347-8755
wcoe@wtplaw.com

December 4, 2000

**VIA HAND DELIVERY**
The Honorable Benson E. Legg
U.S. District Court, Chambers 3-D
101 West Lombard Street, Suite 44
Baltimore, Maryland 21201

   Re: **Jane Doe, et al. v. Blue Cross Blue Shield of Maryland, Inc.**
     United States District Court for the District of Maryland
     Case No. L 98-121

Dear Judge Legg:

  Defendants intend to file a motion to dismiss Plaintiffs' Second Amended Complaint. Defendant's and Plaintiffs' counsel have conferred and agreed on a briefing schedule which is set forth in the enclosed Stipulation. The lengthy schedule was agreed to because of the complex issues raised in Plaintiffs' Second Amended Complaint, extensive new developments in the law since the First Amended Complaint was filed and Plaintiffs' counsel's trial schedule which is extremely burdensome in January of 2001. Plaintiffs and Defendants' counsel have also agreed to a stay of discovery pending a ruling on the Motion to Dismiss.

  The Stipulation is respectfully submitted for the Court's approval.

               Respectfully submitted,

               Ward B. Coe, III

WBC:fkb
Enclosure
cc: Stephen D. Annand, Esquire (via telecopy)