IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE, et al.          *

    Plaintiffs       *

v.                        *   Civil Action No: L-98-121

BLUE CROSS BLUE SHIELD OF  *
MARYLAND, INC.

    Defendant        *

\*   \*   \*   \*   \*   \*          \*   \*   \*   \*   \*

### ORDER GRANTING MOTION FOR RELIEF FROM
### LOCAL RULE 105.3 LIMITATION ON LENGTH OF MEMORANDUM

Upon review of Blue Cross Blue Shield of Maryland, Inc.'s Motion for Relief from Local Rule 105.3 Limitation on Length of Memorandum, and any response, it is this 17th day of January, 2001, ORDERED:

That Blue Cross is **GRANTED** leave from Local Rule 105.3 to exceed the page limit requirement by five pages in connection with its Memorandum in Support of Motion to Dismiss.

_____
The Honorable Benson E. Legg

1325447

