IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No: L-98-121 |
| BLUE CROSS BLUE SHIELD OF MARYLAND, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Mark C. Kopec as counsel for the Defendant.

Ward B. Coe, III and Pamela M. Conover will continue to represent the Defendant.

_____
Mark C. Kopec, Bar No. 09983
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Blue Cross Blue Shield
of Maryland, Inc.

APPROVED THIS 28TH DAY OF March, 2001

_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2001 a copy of the foregoing Notice of Withdrawal of Appearance was served via first class mail, postage pre-paid upon the following:

>Edward J. Carnot, Esq.
>Karp, Frosh, Lapidus Wigodsky
>  & Norwind, P.A.
>1370 Piccard Drive, Suite 290
>Rockville, Maryland 20850
>
>Stephen D. Annand, Esquire
>Margaret G. Farrell, Esquire
>Molly McGinley Han, Esquire
>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>1100 New York Avenue, Suite 500
>West Tower
>Washington, D.C. 20005

Mark C. Kopec

1338968