IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No: L-98-121 |
| BLUE CROSS BLUE SHIELD OF MARYLAND, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR RELIEF FROM LOCAL RULE 105.3 LIMITATION ON LENGTH OF BLUE CROSS' REPLY TO PLAINTIFFS' OPPOSITION TO BLUE CROSS' MOTION TO DISMISS

Upon review of Blue Cross Blue Shield of Maryland, Inc.'s Motion for Relief from Local Rule 105.3 Limitation on Length of the Reply, and any response, it is this 28TH day of March, 2001, ORDERED:

That Blue Cross is **GRANTED** leave from Local Rule 105.3 to exceed the page limit requirement three pages in connection with its Reply to Plaintiffs' Opposition to Blue Cross' Motion to Dismiss.

_____
The Honorable Benson E. Legg

1325447