# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE, ET AL. | : |
| | : |
| v. | : CIVIL NO. L-98-121 |
| | : |
| BLUE CROSS BLUE SHIELD, | : |
| OF MARYLAND, INC. | : |

## ORDER

For reasons stated in the memorandum of even date, the Court hereby GRANTS Defendant's Motion to Dismiss and DIRECTS the CLERK to CLOSE the CASE.

It is so ORDERED this 28TH day of September, 2001.

_____
Benson Everett Legg
United States District Judge



