```
               FILED
         U.S. DISTRICT COURT
         DISTRICT OF MARYLAND
         2001 OCT 10  A 9: 08
           CLERK'S OFFICE
           AT BALTIMORE
           _____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE, et al., | * |
| Plaintiffs | * |
| v. | *  Civil Action No: L-98-121 |
| BLUE CROSS BLUE SHIELD OF MARYLAND, INC. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER PERMITTING COUNSEL TO PRODUCE DOCUMENTS TO GRAND JURY

Upon review of Plaintiffs' Counsel's Motion for Relief from Stipulation and Order of Confidentiality and Adjudication of Counsel's Responsibility Under the Order to Produce Documents and the Response filed by defendant Blue Cross Blue Shield of Maryland, Inc. it is hereby ORDERED:

1. That the Court's Stipulation and Order of Confidentiality entered in this case on or about September 28, 1998 shall not prohibit Margaret Farrell from producing documents subpoenaed on July 20, 2001 by the grand jury in the Western District of Tennessee, except as it applies to mental health information in the depositions and exhibits of the named Plaintiffs and their mental health professionals; and

2. That the Stipulation and Order of Confidentiality entered in this case remains in effect for all other purposes.

3. Ms. Farrell shall advise the Grand Jury that the mental health information and exhibits of the plaintiffs and may seek to produce the information in a manner that produces the confidentiality of the information.

_Benson E. Legg_
Judge, United States
District Court

10/9/01