IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE, et al.           :

    Plaintiffs           :

v                          :           Civil Action No. L-98-121

BLUE CROSS BLUE SHIELD OF  :
MARYLAND, INC.
                           :
    Defendant

oOo

**ORDER**

The above-captioned case was instituted on January 14, 1998 and was subsequently terminated on August 21, 1998. *See* Paper No. 14. The case was then re-opened On September 28, 1998. Paper No. 16. After lengthy discovery, this Court granted the Defendant's Motion to Dismiss on September 28, 2001. Paper Nos. 114 and 115. Defendant filed a timely Bill of Costs on October 12, 2001 (Paper No. 119) seeking costs for the deposition transcripts for the Plaintiffs.[1] Plaintiff's have not filed an opposition to Defendant's Bill of Costs.

The Clerk's discretion to award costs in this jurisdiction is limited. Fees other than the actual deposition cost and sitting fees are not taxable by the Clerk. Only those costs related to depositions which were used in the event that terminated the litigation are taxable by the Clerk. The Clerk may tax the costs of depositions under Fed. R. Civ. P. 54(d) where they are necessary for the case. *See generally, Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437 (1987). Additionally, the Clerk may tax costs of the depositions for the parties in the case. The only costs requested by Defendant are those related to the depositions of the parties. Those costs will

---

[1] Because of an Order of Confidentiality Plaintiffs are referred to as John Doe, Jane Doe, Robert Roe and Richard Roe.



be allowed as follows:

**John Doe**

Defendant requests costs associated with two separate depositions for John Doe. Paper No. 119 at Ex. A. The first deposition took place on June 29, 1998 at a cost of $141.75 for 45 pages at a rate of $3.15 per page. *Id.* at Ex. B. The per page rate for this deposition is reasonable and will be allowed in its entirety. The second deposition took place on September 22, 2000 at a cost of $104.40 which includes a cost of $94.40 for a 32 page deposition at a per page rate of $2.95 as well as a $10.00 delivery/shipping charge. *Id.* The cost for the deposition itself, $94.40, is taxable by the Clerk and shall be allowed. The $10.00 delivery cost, however, is not taxable by the Clerk and shall not be allowed.

**Jane Doe**

Defendant requests costs associated with a deposition of this Plaintiff that took place on July 6, 1998. *Id.* at Ex. A. The total requested costs are $213.90 which includes $207.90 for a 66 page deposition at a rate of $3.15 per page as well as a $6.00 shipping and handling charge. *Id.* at Ex. B. Because the rate of $3.15 per page is reasonable, the cost of the deposition is taxable and will be allowed. The cost for shipping and handling is not taxable by the Clerk and will not be allowed.

**Robert Roe**

The deposition of Robert Roe took place on September 6, 2000. *Id.* at Ex. A. The requested cost for his deposition is $194.70 for a 66 page deposition at a per page rate of $2.95. *Id.* at Ex. B. The cost requested is taxed at a reasonable rate and shall be allowed in its entirety.

**Richard Roe**

Defendant requests costs for the deposition transcript for Richard Roe totaling $278.45 for a deposition that took place on September 6, 2000. *Id.* at Ex. A. The requested costs include $268.45 for a 91 page deposition at a per page rate of $2.95 as well as a $10.00 shipping and delivery fee. *Id.* at Ex. B. The cost for the actual deposition, $268.45, is reasonable and shall be allowed. The shipping and delivery fee, however, is not taxable by the Clerk and is not allowed.

**Conclusion**

Based upon the foregoing analysis costs will be assessed to the Plaintiffs as follows:

| | | |
|---|---|---|
| John Doe: | June 29, 1998 deposition | $141.75 |
| | September 22, 2000 deposition | $94.40 |
| | **Total** | **$236.15** |
| Jane Doe: | July 6, 1998 deposition | $207.90 |
| | **Total** | **$207.90** |
| Robert Roe: | September 6, 2000 deposition | $194.70 |
| | **Total** | **$194.70** |
| Richard Roe: | September 6, 2000 deposition | $268.45 |
| | **Total** | **$268.45** |

In accordance with the foregoing costs are awarded to Defendant in the total amount of $907.20. Each of the Plaintiffs is responsible for a portion of the costs as set forth above. A copy of this Order shall be docketed and mailed to counsel.

**DATED** this 3rd day of December, 2001.

Felicia C. Cannon
Clerk of Court

3